Cory Carnell Mitchell
FULL NAME

COMMITTED NAME (if different)

Victorville Federal Correctional Institution #2
FULL ADDRESS INCLUDING NAME OF INSTITUTION
P.O. Box 3850 Adelanto, Ca 92301

05345-479
PRISON NUMBER (if applicable)

FILED
CLERK, U.S. DISTRICT COURT

DEC 1 3 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____KVVL_____ DEPUTY

Fee PAID
RELATED DDJ

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Cory Mitchell

PLAINTIFF,

v.

Warden Louis Milusnic        DEFENDANT(S).

CASE NUMBER   2:21-CV-9657-MWF-SP

*To be supplied by the Clerk*

### CIVIL RIGHTS COMPLAINT
### PURSUANT TO *(Check one)*
☐ 42 U.S.C. § 1983
☒ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A.  PREVIOUS LAWSUITS

1.  Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes   ☒ No

2.  If your answer to "1." is yes, how many? _____

    Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
Plaintiff _____

_____

Defendants _____

_____

b. Court _____

_____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example:  Was the case dismissed?  If so, what was the basis for dismissal?  Was it appealed?  Is it still pending?) _____

f. Issues raised: _____

_____

_____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred?  ■ Yes    ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint?  ■ Yes    ☐ No

   If your answer is no, explain why not _____

   _____

   _____

3. Is the grievance procedure completed?  ■ Yes    ☐ No

   If your answer is no, explain why not _____

   _____

4. Please attach copies of papers related to the grievance procedure.

## C.  JURISDICTION

This complaint alleges that the civil rights of plaintiff _Cory Mitchell_____
(print plaintiff's name)

who presently resides at _____,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

_Lompoc-USP   Lompoc, California_____
(institution/city where violation occurred)

on (date or dates) _May 25, 2020_, _June 7, 2020_, _August 24, 2021_ .
　　　　　　　　　　(Claim I)　　　　(Claim II)　　　　(Claim III)

NOTE:　You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.　Defendant　_J. Garcia_ _____ resides or works at
　　　　　　(full name of first defendant)
　　　　_Lompoc-USP 3901 Klein Blvd Lompoc, Ca 93436_
　　　　(full address of first defendant)
　　　　_Counselor_
　　　　(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ■ individual　☐ official capacity.

Explain how this defendant was acting under color of law:
_Using retailation on me for grievance against other staff. Verabally threatening me and being discriminatory on me._

2.　Defendant　_Dr. Watson_ _____ resides or works at
　　　　　　(full name of first defendant)
　　　　_Lompoc-USP 3901 Klein Blvd Lompoc, Ca 93436_
　　　　(full address of first defendant)
　　　　_Doctor_
　　　　(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ■ individual　☐ official capacity.

Explain how this defendant was acting under color of law:
_He refused to show my results of Covid-19 testing. Shared my medical information with another inmate. (inmate Jason Benerable)_

3.　Defendant　_J. Wyatt_ _____ resides or works at
　　　　　　(full name of first defendant)
　　　　_Lompoc-USP 3901 Klein Blvd Lompoc, Ca 93436_
　　　　(full address of first defendant)
　　　　_Unit Manager_
　　　　(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ■ individual　☐ official capacity.

Explain how this defendant was acting under color of law:
_Bribed me on multiple oceassions to withdrawn administrative remedies against staff because they wouldn't go anywhere cause they came to him. Denied my process._

4. Defendant __S.I.A. Gonzales_____ resides or works at
(full name of first defendant)
__Lompoc-USP 3901 Klein Blvd Lompoc, Ca 93436__
(full address of first defendant)
__S.I.A.__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:
Denied my process to exhaust remedies. Bribed/threaten me to withdraw remedies against staff members for racial profiles.

5. Defendant __Barrigan_____ resides or works at
(full name of first defendant)
__Lompoc-USP 3901 Klein Blvd Lompoc, Ca 93436__
(full address of first defendant)
__Correctional Officer__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:
He worked my unit, deliberately not wearing PPE during a pandemic. I asked him to put on his mask due to my conditions from Covid and main reason why I contracted Covid-19. He told me to mind my business and cursed me out.

### D. CLAIMS*

**CLAIM I**

The following civil right has been violated:

I believe my 1st, 5th, 8th, and 14th Amendment has been violated by this institution and staff. I'm still suffering lingering effects from COVID-19. My breathing has changed. I received no after care treatment or outpatient care. I don't know how long I will live with these conditions. I lacked the right care. They were medically inadequate. I couldn't get the right medical attention. My teeth wasn't cleaned the whole 34 months I was there, when I asked multiple times. I also complained to Associate Warden Grady about the conditions of the environment locked down in the cell for 16 days and without showers. Mr. Grady suggest that I take a "bird bath." Correctional Officer A. Espinoza, seen on several occassions were the mail room violated a law with the mail process by opening all my legal mail. The conditions in this overcrowded confinement was harsh, inhumane, and messed with my mental/emotional ability. The plumbing system is old and inoperable, causing back flow from each toliet. Also subjecting me to inhale fumes from feces and urine everyday. That sight and smell caused me to vomit on multiple occassions. The ventilation system is full of mold and doesn't work. These things contributed to my contraction of COVID-19 and were detrimental to my health. My safety was violated due to being confined to those unregulated cells with the square

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

S.I.A. Gonzales has constantly denied me the right to exhaust my due process. He threaten me on several occassions with the intent of being locked up in the special housing unit to dissolve my remedies on his officers and with the internal affairs. He also has asked "How I could make these things go away?" Afterward he bribed me to withdraw remedies against his staff because he wouldn't investigate his staff. Mr. Gonzales didn't observe the racial actions taken by staff and refused to investigate or dissolve the matter.

Officer Barrigan worked my unit (J-unit honor dorm) and consistently didn't wear PPE during the pandemic. I continued to exhaust with the unit manager (J. Wyatt) verbally about this officer. Shortly, I contracted COVID-19 from some of these conditions. I repeatedly ask the officer to put on his mask due to the lingering effects from COVID-19. The officer then told me to stop "bitching and mind my business." However, two weeks later he contracted COVID-19.

Doctor Watson was one of the doctors over my care when I contracted COVID-19. He refused to show me my results of my initial 14-day COVID-19 testing. I then told Mr. Watson I wasn't giving my vital signs because of the lack of communication/care from medical staff. Mr. Watson

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

I believe with the factors of the 34 months I spent at Lompoc-USP under these traumatizing conditions, I am entitled to 10 million dollars. This amount should care for the future medical expenses/damages and the punitive/nominal damages that I suffered while being at Lompoc-USP. However, I will live with mental retrobution of what I went through the rest of my life.

12-08-2021
_(Date)_

Cory Mitchell
_(Signature of Plaintiff)_

CV-66 (7/97)                    **CIVIL RIGHTS COMPLAINT**

then shared my medical information with another inmate. (inmate Jason Benerable) Then I was refused outpatient care after my complications became disrupting/detrimental to my health.

J. Wyatt was my unit manager in J-unit. Warden Patricia Bradley handed down my administrative remedies to unit manager J. Wyatt instead of doing them herself. Mr. Wyatt called me into his office and told me my remedies weren't going anywhere because he had them. On one occassion, he agreed with my remedy on the violation of my civil rights by counselor Garcia but he refused to process it and told me to withdraw it. He played the mediator to stop my grievances against counselor Garcia for discrimminatory actions. He then bribed me with compound stamps and a opportunity to be transferred to FCI Lompoc. I told him I wanted to be in my region.

J. Garcia was my counselor in J-unit. Mr. Garcia has verbally threatened me on numerous occassions. He has told me that "he didn't like my black ass." He has refused to let me exhaust my remedies. He has tried to move me to a different unit because of my grievances on J. Wyatt, Associate Warden Guetuirez, and CMC Mrs. Arnold for lying about my transfer. Mr. Garcia stated "I'm moving you since you keep crying about a transfer and writting up my co-workers." He has retailated against me by trying to make me feel uncomfortable and trying to provoke me. Mr. Garcia has made several racial statements about me to other people. He also singled me out in the unit with racial categorizing. He placed an inmate (T. Felton) into a single-man cell with me that had been in three different units before he was placed with me during the pandemic lockdown. Wherein I was subjected to a harsh confinement (17-days without a shower or hot food). I got bloated and gained 30 plus pounds. Contracted COVID-19 because of my confinement. Unable to communicate with my family during that time. And was subjected to the back flow from other toliets receiving urine and feces from someone else. The bunk is literally eight inches from the toliet; subjecting me to inhaling fumes through the night.

4. Copies of administrative remedies have not been submitted as the petitioner is in a transit facility, separated from property (legal files, including copies of filed remedies). And currently on medical hold with no confirmed date when I will arrive at my assigned facility. Petitioner will amend/submit remedies when the Bureau of Prisons makes these documents available to me.

footage. Staff treated me cruely those 34 months at Lompoc-USP. Staff retailated, threaten, bribed, and discrimminated on me because of my grievances. The conditions of the prison itself were already unsuitable for the living because of it's condition. Birds flying in and defecating in living quarters and chow hall. The confinement their was erroneous due to lack of space, staff, medical, and administration. Staff didn't treat me equal to every other individual. They also lied and Kept me at a higher security than my custody level over the initial 18 months. Had I been at my right custody level, I wouldn't have contracted Covid-19 nor went through any of this mental abuse. The BoP failed to protect my safety and health while being in Federal Prison (Lompoc-USP).

