# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY MITCHELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LOUIS MILUSNIC, et al.,<br><br>　　　　　Defendants. | Case No. 2:21-cv-9657-MWF-SP<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report within the time permitted, but instead filed a letter requesting voluntary dismissal. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　IT IS THEREFORE ORDERED that defendants' Motion for Summary Judgment (docket no. 52) is granted, plaintiff's Motion for Summary Judgment (docket no. 55) is denied, and Judgment will be entered dismissing the Complaint and this action without prejudice.

Dated: November 21, 2024　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　　　　United States District Judge