JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY MITCHELL,<br><br>    Plaintiff,<br><br>v.<br><br>LOUIS MILUSNIC, et al.,<br><br>    Defendants. | Case No. 2:21-cv-9657-MWF-SP<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: November 21, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge